| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-24930 / KCF**

John J. Neely, Jr.

Petition Filed Date: 07/27/2018
341 Hearing Date: 08/23/2018
Confirmation Date: 11/14/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2018 | $710.00 | 6785306625 | 09/27/2018 | $750.00 | 52622450 | 10/29/2018 | $750.00 | 53441010 |
| 11/30/2018 | $750.00 | 54236470 | | | | | | |

**Total Receipts for the Period: $2,960.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,809.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | **CLAIMS AND DISTRIBUTIONS** | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | John J. Neely, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $2,070.07 | $929.93 |
| 1 | Township of Medford<br>»»  TAX, WATER & SEWER | Secured Creditors | $1,995.79 | $0.00 | $1,995.79 |
| 2 | REAL TIME RESOLUTIONS INC<br>»»  P/102 WOODTHRUSH TRL WEST/2ND MTG/BOA/CRAM BALANCE | Unsecured Creditors | $25,893.63 | $0.00 | $0.00 |
| 3 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $4,569.48 | $0.00 | $0.00 |
| 4 | PINNACLE CREDIT SERVICES, LLC.<br>»»  VERIZON | Unsecured Creditors | $528.72 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  THD | Unsecured Creditors | $1,975.70 | $0.00 | $0.00 |
| 6 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  P/102 WOODTHRUSH TRL WEST/1ST MTG | Mortgage Arrears | $30,460.30 | $0.00 | $30,460.30 |
| 7 | PSE&G | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 11/26/18 | Attorney Fees | $1,000.00 | $690.03 | $309.97 |
| 8 | NJ DIVISION OF TAXATION | Priority Creditors<br>Hold Funds: Per Plan | $8,200.00 | $0.00 | $8,200.00 |
| 9 | Tamarac Lakes Association<br>»»  HOA | Secured Creditors<br>Hold Funds: Per Plan | $1,100.00 | $0.00 | $1,100.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | |
|---|---|
| Total Receipts: $3,809.00 | Percent to General Unsecured Creditors: 0% |
| Paid to Claims: $2,760.10 | Current Monthly Payment: $849.00 |
| Paid to Trustee: $259.33 | Arrearages: $99.00 |
| Funds on Hand: $789.57 | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**