UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wilmington Savings Fund, et al.

In Re:

John Neely,

Debtor.

Case No.:       18-24930-KCF

Chapter:              13

Hearing Date:     4/24/2019

Judge:            Ferguson

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 102 Woodthrush Trail (Docket # 33)

_____

Date: 4/23/2019                         /s/ Denise Carlon
                                        Signature

*rev.8/1/15*