Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 18-24930 / MBK**

John J. Neely, Jr.

Petition Filed Date: 07/27/2018  
341 Hearing Date: 08/23/2018  
Confirmation Date: 11/14/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $849.00 | 55233710 | 01/25/2019 | $849.00 | 55634940 | 03/08/2019 | $849.00 | 56893280 |
| 04/15/2019 | $849.00 | 57811080 | 05/23/2019 | $887.00 | 58802080 | 06/27/2019 | $855.00 | 59678500 |
| 08/29/2019 | $1,710.00 | 61296690 | 10/16/2019 | $862.00 | 62572960 | 12/10/2019 | $700.00 | 63954950 |
| 12/13/2019 | $100.00 | 64023340 | 12/18/2019 | $62.00 | 64142430 | 12/27/2019 | $862.00 | 64315380 |

**Total Receipts for the Period: $9,434.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,256.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John J. Neely, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | Township of Medford<br>»» 102 WOODTRUSH TRL/TAX, WATER & SEWER | Secured Creditors | $1,995.79 | $303.78 | $1,692.01 |
| 2 | REAL TIME RESOLUTIONS INC<br>»» P/102 WOODTHRUSH TRL WEST/2ND MTG/CRAM BAL | Unsecured Creditors | $25,893.63 | $0.00 | $0.00 |
| 3 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» CAPITAL ONE | Unsecured Creditors | $4,569.48 | $0.00 | $0.00 |
| 4 | PINNACLE CREDIT SERVICES, LLC.<br>»» VERIZON | Unsecured Creditors | $528.72 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $1,975.70 | $0.00 | $0.00 |
| 6 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» P/102 WOODTHRUSH TRL WEST/1ST MTG | Mortgage Arrears | $30,460.30 | $4,636.28 | $25,824.02 |
| 7 | PSE&G | Unsecured Creditors<br>No Disbursements: Filed Out of Time - NO NOTI | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»» ORDER 11/26/18 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 8 | NJ DIVISION OF TAXATION | Priority Crediors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 9 | Tamarac Lakes Association<br>»» HOA | Secured Creditors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-24930 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 4/11/19 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 10 | NJ DIVISION OF TAXATION<br>»»  TGI 2016 | Secured Creditors | $7,116.95 | $1,021.63 | $6,095.32 |
| 11 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2016 RF/COSTS 9/2017 | Unsecured Creditors | $1,943.29 | $0.00 | $0.00 |
| 12 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  102 WOODTHRUSH TRAIL WEST/ORDER 5/16/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 8/20/19 | Attorney Fees | $300.00 | $300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,256.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $11,592.69 | Current Monthly Payment: | $862.00 |
| Paid to Trustee: | $863.37 | Arrearages: | $1,724.00 |
| Funds on Hand: | $799.94 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**