UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: John Neely

Case No.: 18-24930
Chapter: 13
Judge: MBK

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

___John Neely___, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Clerk, U.S. Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, USBJ__ on __July 14, 2021__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ 08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Settlement resulting from personal injury accident on behalf of John Neely. |
|---|---|

| Pertinent terms of settlement: | Settlement: $125,000.00<br>Less Attorney Fees: $50,000.00<br>Less Attorney Expenses: $2,218.32<br>Less Outstanding Medical Liens: $876.53<br>Balance Due John Neely $71,905.15 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Stacey L. Mullen, Esquire

Address: 2091 N. Springdale Road, Suite 17, Cherry Hill, NJ 08003

Telephone No.: 856-778-8677

*rev.8/1/15*