UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on June 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John J. Neely, Jr.,

                    Debtor

Case No.: 18-24930

Chapter 13

Hearing Date:

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: June 15, 2021**

Michael B. Kaplan

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No.   18-24930 (MBK)
Order Granting Supplemental Chapter 13 Fees
Page 2

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been

rendered, and no objections having been raised:

      ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $_1,000.00_____ for

services rendered and expenses in the amount of $__n/a_____ for a total of $_1,000.00_____.  The

allowance shall be payable:

      XXXXX      through the Chapter 13 plan as an administrative priority.

              outside the plan.

      The debtor's monthly plan is modified to require a payment of $966.00  per month for   26

months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 18-24930-MBK
John J. Neely, Jr.                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

**Recip ID       Recipient Name and Address**
db              + John J. Neely, Jr., 102 Woodthrush Trail West, Medford, NJ 08055-9124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |

Sindi Mncina

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@raslg.com

Stacey L. Mullen

on behalf of Debtor John J. Neely  Jr. slmullen@comcast.net

Steven P. Kelly

on behalf of Creditor Bank of America. N.A. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9