Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–24930–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. Neely, Jr.
   102 Woodthrush Trail West
   Medford, NJ 08055

Social Security No.:
   xxx–xx–7728

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/21/21 at 09:00 AM

to consider and act upon the following:

*105* – Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 102 Woodthrush Trail West, Medford NJ 08055. Fee Amount $ 181. filed by Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, 61 Creditor's Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, 74 Order (Generic), 81 Creditor's Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, 95 Order (Generic)) filed by Denise E. Carlon on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Objection deadline is 12/7/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 11/29/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court