**Stacey L. Mullen, Esquire**
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Tel./Fax (856) 778-8677

December 8, 2020

The Honorable Michael B. Kaplan
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      RE:   John J. Neely, Jr.
             Case No. 18-24930

Dear Judge Kaplan:

    Please withdraw Debtor's Modified Plan dated 11/12/21, filed under document number 100. An updated Modified Plan dated 12/8/21, filed under document number 109.

    Thank you.

                                          Very truly yours,

                                          /s/ Stacey L. Mullen, Esquire
                                          Stacey L. Mullen, Esquire