| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-24930 / MBK

John J. Neely, Jr.

Petition Filed Date: 07/27/2018
341 Hearing Date: 08/23/2018
Confirmation Date: 11/14/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2021 | $900.00 | 73645710 | 01/14/2021 | $400.00 | 73795980 | 02/26/2021 | $926.00 | 74799660 |
| 03/25/2021 | $2,020.00 | 75488990 | 04/30/2021 | $2,020.00 | 76344860 | 08/27/2021 | $966.00 | 79044930 |
| 10/28/2021 | $966.00 | 80410070 | 11/22/2021 | $51,000.00 | 6987 | 11/29/2021 | $966.00 | 81045290 |

**Total Receipts for the Period:  $60,164.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $82,392.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John J. Neely, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | Township of Medford<br>»» 102 WOODTRUSH TRL/TAX, WATER & SEWER | Secured Creditors | $1,995.79 | $1,753.50 | $242.29 |
| 2 | REAL TIME RESOLUTIONS INC<br>»» P/102 WOODTHRUSH TRL WEST/2ND MTG/CRAM BAL | Unsecured Creditors | $25,893.63 | $0.00 | $25,893.63 |
| 3 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE | Unsecured Creditors | $4,569.48 | $0.00 | $4,569.48 |
| 4 | PINNACLE CREDIT SERVICES, LLC.<br>»» VERIZON | Unsecured Creditors | $528.72 | $0.00 | $528.72 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $1,975.70 | $0.00 | $1,975.70 |
| 6 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» P/102 WOODTHRUSH TRL WEST/1ST MTG | Mortgage Arrears | $30,460.30 | $26,762.45 | $3,697.85 |
| 7 | PSE&G | Unsecured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»» ORDER 11/26/18 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 8 | NJ DIVISION OF TAXATION | Priority Crediors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 9 | Tamarac Lakes Association<br>»» HOA | Secured Creditors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-24930 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 4/11/19 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 10 | NJ DIVISION OF TAXATION<br>»»  TGI 2016 | Secured Creditors | $7,116.95 | $6,244.14 | $872.81 |
| 11 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2016 RF/COSTS 9/2017 | Unsecured Creditors | $1,943.29 | $0.00 | $1,943.29 |
| 12 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  102 WOODTHRUSH TRAIL WEST/ORDER 5/16/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 8/20/19 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 9/4/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 1/12/21 | Attorney Fees | $700.00 | $700.00 | $0.00 |
| 13 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  102 WOODTHRUSH TRAIL/PP ARREARS 1/20/21 | Mortgage Arrears | $29,344.10 | $23,694.70 | $5,649.40 |
| 14 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  102 WOODTHRUSH TRAIL/ATTY FEES 1/20/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 6/15/21 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 15 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  102 WOODTHRUSH TRAIL WEST/ATTY FEES 7/23/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 12/16/21 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 16 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  102 WOODTHRUSH TRAIL/PP ARREARS 12/20/21 | Mortgage Arrears | $9,684.16 | $7,620.34 | $2,063.82 |
| 17 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  102 WOODTHRUSH TRAIL/ATTY FEES 12/20/2 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $82,392.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $75,856.13 | Current Monthly Payment: | $3,130.00 |
| Paid to Trustee: | $6,535.87 | Arrearages: | $3,130.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

