Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24930−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. Neely, Jr.
   102 Woodthrush Trail West
   Medford, NJ 08055

Social Security No.:
   xxx−xx−7728

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/22/22 at 09:00 AM

to consider and act upon the following:

*126* − Creditor's Certification of Default (related document:119 Order (Generic)) filed by Aleisha Candace Jennings on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Objection deadline is 06/1/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Jennings, Aleisha)

Dated: 5/24/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court