| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Amani S. Abdellah, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: aabdellah@hillwallack.com<br>*Attorneys for Tamarac Lakes Association, Inc.* | Order Filed on January 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>John J. Neely, Jr.,<br><br>      Debtors. | Chapter: 13<br><br>Case No.: 18-24930 (MBK)<br><br>Judge: Michael B. Kaplan, C.U.S.B.J.<br><br>Hearing: January 11 2023 at 9:00 a.m. |

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY STAY FILED BY TAMARAC LAKES ASSOCIATION, INC.

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 11, 2023**

                                                                         Honorable Michael B. Kaplan
                                                                         United States Bankruptcy Judge

Page | 2
Debtors: John J. Neely
Case No: 18-24930-MBK
Caption: Consent Order Resolving Motion for Relief From Automatic Stay and Co-Debtor Stay

Applicant:                              Tamarac Lakes Association, Inc.
Applicant's Counsel:                    Amani S. Abdellah, Esq. (Hill Wallack LLP)
Debtor's Counsel:                       Stacey L. Mullen, Esq.
Property Involved ("Collateral"):       102 Woodthrush Trail West, Medford, NJ 08055

THIS MATTER having been opened to the Court by Hill Wallack LLP attorneys for Creditor, Tamarac Lakes Association, Inc. (the "Association"), for an Order granting the Association relief from the automatic stay and co-debtor stay with respect to real property located at 102 Woodthrush Trail West, Medford, NJ 08055 (the "Property") as to unpaid post-petition common expense assessments and fees, and Stacey L. Mullen, Esq. appearing on behalf of the Debtors, and the parties consenting to the entry of the within order resolving the Association's motion; it is hereby

ORDERED that

1. Debtor's current post-petition arrears through December 31, 2022 is in the amount of $1,650.00.

2. Debtor agrees to make six equal monthly installment payments of $275.00, outside of the Chapter 13 Plan, beginning January 1, 2023, to cure the arrears.

3. Debtor also agrees that in addition to the monthly installment payments to cure the arrears, beginning january1, 2023, the Debtor will pay the annual assessment and any other assessment or charge by the Association in accordance with the Association's governing documents outside of Debtor's Chapter 13 Plan.

4. If Debtor fails to comply with this Consent Order in any way, the Association may obtain an Order Vacating the Automatic Stay as to the Property by filing with a Certification in the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order.

Page | 3
Debtors: John J. Neely
Case No: 18-24930-MBK
Caption: Consent Order Resolving Motion for Relief From Automatic Stay and Co-Debtor Stay

At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

The undersigned consents to the form and entry of the within Order:

By: _____
Stacey L. Mullen, Esq.
Attorney for John J. Neely, Jr. (Debtor)

By: _____
Amani S. Abdellah, Esq.
Hill Wallack LLP
Tamarac Lake Association, Inc.