**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Amani S. Abdellah, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: aabdellah@hillwallack.com
*Attorneys for Tamarac Lakes Association, Inc.*

In Re:

John J. Neely, Jr.,

        Debtors.

Order Filed on January 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 18-24930 (MBK)

Judge: Michael B. Kaplan, C.U.S.B.J.

Hearing: January 11 2023 at 9:00 a.m.

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY STAY FILED BY TAMARAC LAKES ASSOCIATION, INC.

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page | 2
Debtors: John J. Neely
Case No: 18-24930-MBK

Caption: Consent Order Resolving Motion for Relief From Automatic Stay and Co-Debtor Stay

Applicant:                                    Tamarac Lakes Association, Inc.
Applicant's Counsel:                          Amani S. Abdellah, Esq. (Hill Wallack LLP)
Debtor's Counsel:                             Stacey L. Mullen, Esq.
Property Involved ("Collateral"):             102 Woodthrush Trail West, Medford, NJ 08055

THIS MATTER having been opened to the Court by Hill Wallack LLP attorneys for Creditor, Tamarac Lakes Association, Inc. (the "Association"), for an Order granting the Association relief from the automatic stay and co-debtor stay with respect to real property located at 102 Woodthrush Trail West, Medford, NJ 08055 (the "Property") as to unpaid post-petition common expense assessments and fees, and Stacey L. Mullen, Esq. appearing on behalf of the Debtors, and the parties consenting to the entry of the within order resolving the Association's motion; it is hereby

ORDERED that

1. Debtor's current post-petition arrears through December 31, 2022 is in the amount of $1,650.00.

2. Debtor agrees to make six equal monthly installment payments of $275.00, outside of the Chapter 13 Plan, beginning January 1, 2023, to cure the arrears.

3. Debtor also agrees that in addition to the monthly installment payments to cure the arrears, beginning january1, 2023, the Debtor will pay the annual assessment and any other assessment or charge by the Association in accordance with the Association's governing documents outside of Debtor's Chapter 13 Plan.

4. If Debtor fails to comply with this Consent Order in any way, the Association may obtain an Order Vacating the Automatic Stay as to the Property by filing with a Certification in the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order.

{//Hw-WORLDOX/PRDOX/WDOX/DOCS/010043/00061/10139700; 1}

Page | 3
Debtors: John J. Neely
Case No: 18-24930-MBK
Caption: Consent Order Resolving Motion for Relief From Automatic Stay and Co-Debtor Stay

At the time the Certification is filed with the court, a copy of the Certification shall be sent

to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

The undersigned consents to the form and entry of the within Order:

By: _____
    Stacey L. Mullen, Esq.
    Attorney for John J. Neely, Jr. (Debtor)

By: _____
    Amani S. Abdellah, Esq.
    Hill Wallack LLP
    Tamarac Lake Association, Inc.

{//Hw-WORLDOX/PRDOX/WDOX/DOCS/010043/00061/10139700; 1}

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 18-24930-MBK

John J. Neely, Jr.                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John J. Neely, Jr., 102 Woodthrush Trail West, Medford, NJ 08055-9124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Amani Sahar Abdellah | on behalf of Creditor Tamarac Lakes Homeowners Association  Inc. aabdellah@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3

Date Rcvd: Jan 11, 2023

User: admin

Form ID: pdf903

Page 2 of 2

Total Noticed: 1

Harold N. Kaplan

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, kimwilson@raslg.com

Kevin Gordon McDonald

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com

Sindi Mncina

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@raslg.com

Stacey L. Mullen

on behalf of Debtor John J. Neely  Jr. slmullen@comcast.net

Steven P. Kelly

on behalf of Creditor Bank of America. N.A. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12